STATE of Missouri, Respondent,

v.

Robert E. WINTERS, Appellant.

No. WD 38560.

Missouri Court of Appeals,
Western District.

Jan. 12, 1988.

David S. Durbin, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Karen A. King, Asst. Atty. Gen., Jefferson City, for respondent.

Before CLARK, P.J., and TURNAGE and MANFORD, JJ.

### ORDER

PER CURIAM.

Appeal from conviction, after guilty plea, of murder in the second degree, § 565.021.1(2), RSMo 1986, and sentence of life imprisonment.

Judgment affirmed. Rule 30.25(b).